UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURIFICACION CRISTOBAL,

                Movant,

-v.-

UNITED STATES OF AMERICA,

                Respondent.

25 Civ. 1638 (KPF)
20 Crim. 463-1 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the attorney affidavits requested by its April 9, 2025 Order. The Government shall submit an answer or other pleadings in response to the pending petition and affidavits on or before **September 15, 2025**. Dr. Cristobal shall have 30 days from the date on which she is served with the Government's answer to file a response.

    The Clerk of Court is directed to mail a copy of this Order to Dr. Cristobal at her address of record.

    SO ORDERED.

Dated:    July 15, 2025
               New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge