**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2026 FEB -5  AM 10: 47

Purificacion Cristobal,                    )
Petitioner
                                           )        Civil : 25-cv-1638 (KPF)

V                                          )        Criminal: 20-cr-463 (KPF)

UNITED STATES,                             )

Respondent                                 )

                                           )

RECEIVED
FEB 0 4 2026
VALERIE FIGUEREDO
U.S. MAGISTRATE JUDGE
S.D.N.Y.

### MOTION FOR STATUS OF PENDING 2255 PROCEEDINGS

Petitioner Purificacion Cristobal, appearing , Pro Se, respectfully moves the Court for a status update regarding her pending Motion under  28 USC 2255, and in support states as follows:

INTRODUCTION

Petitioner is a 79-year old woman currently incarcerated at FCI Marianna. Her 2255 Motion has been fully briefed and remains pending before this Court since October 12, 2025. It has now been 90 days.

Based upon Trump Administration Bureau of Prison mandate on September 28, 2025, Petitioner has already served enough for dire elderly home confinement. Petitioner is eligible due to the
- Elderly 2/3 reduction
- First Step Act- 12 months
- Second Step Act-12 months
- Good time confinement- 12 months

This Motion does seek to pressure the Court or dictate the outcome of the proceedings. Rather, Petitioner respectfully requests information regarding the status of her case so she may understand where her petition stands while she remains in custody.

II PETITIONER REMAINS IN CUSTODY AND IS SUFFERING ONGOING HARM

Petitioner remain confined despite:
- Her advanced age (79)
- Documented and escalating medical conditions, including cardiac issues
- A custody classification reflecting minimum security, no violence and good institutional conduct
- Eligibility for community placement under Bureau of Prisons guidelines.

Petitioner understands that this Court does not supervise the Bureau of Prisons. However, the reality of her continued incarceration directly impacts her health and well-being while her collateral challenge remains unresolved.

## III. ADMINISTRATIVE REMEDIES HAVE NOT PROVIDED RELIEF

Petitioner has pursued administrative remedies within the Bureau of Prisons, including submission of a BP-8, which has gone unanswered. She is now proceeding with further administrative steps.

Despite these efforts, Petitioner remains housed at FCI Marianna and has not received meaningful relief or clarity regarding her placement, even though she believes she should already be in a Residential Reentry Center or home confinement based in her age, medical status, and time served.

## IV THE COURT'S AWARENESS OF RESPECTFULLY REQUESTED

Petitioner files this Motion to:
1. Notify the Court that she remains in custody while her 2255 Motion is pending;
2. Respectfully request a status update on the Court's consideration of her petition; and
3. Preserve the record regarding the ongoing hardship caused by continued incarceration at her age and medical condition.

Petitioners recognizes the Court's heavy docket and does not seek expedited relief beyond what the Court deems appropriate.

## V CONCLUSION

WHEREFORE, Petitioner respectfully requests that the Court provide a status update regarding her pending 2255 Motion or such other relief as the Court deems just and proper.

Respectfully submitted,

Purificacion Cristobal

Dr. Purificacion Cristobal
Reg No. 880661-054
FCI Marianna Satellite Camp

January 21, 2026

Purificacion Castillo #88061-054
FCI Marianna Satellite Prison Camp
Post Office Box 7006
Marianna, Florida 32447





United States District Court
Southern District of New York
The Daniel Patrick Moynihan
United States Courthouse
U.S. Courthouse - 500 Pearl Street
New York, New York 10007

Pro·Se  2/4/26

ATTN: Magistrate Judge
Valerie Figuerido

RECEIVED
SDNY PRO SE OFFICE
2026 FEB -5 AM 10:47

The Court considers Dr. Cristobal's 2255 motion to be fully briefed and will resolve it in due course.

The Clerk of Court is directed to terminate the pending motion at docket entry 279 in Case No. 20 Cr. 463 and docket entry 9 in Case No. 25 Civ. 1638.  The Clerk of Court is further directed to mail a copy of this endorsement to Dr. Cristobal at her address of record.

Dated:    February 9, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE